FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2023 NOV -3 P 2: 28

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | No. 1:23-MJ- 234 |
| )                        | |
| JOHN VANFOSSEN,          ) | Hearing: November 28, 2023 at 10:00 am |
| )                        | |
| Defendant.               ) | |

CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 28, 2022, while aboard United Airlines flight number 1761, an aircraft in flight within the special aircraft jurisdiction of the United States, on a nonstop flight from San Francisco International Airport (SFO) to Washington Dulles International Airport (IAD), within the jurisdiction of the Eastern District of Virginia, the defendant, JOHN VANFOSSEN, did assault S.T.

(In violation of Title 18, United States Code, Section 113(a)(5) and
Title 49, United States Code, Section 46506(1).)

Respectfully submitted,

Jessica D. Aber
United States Attorney

Date: November 3, 2023

By: _____/s/_____
Alexandra Cooper-Ponte
Special Assistant United States Attorney
April Russo
Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the (*Criminal Information / Summons*) was mailed this 3rd day of November 2023 to the defendant's home of record.

6013 Archstone Way, Apartment 102, Alexandria, VA 22310

By: _____
Alexandra Cooper-Ponte
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3809
:alexandra.cooperponte @usdoj.gov